FILED
2021 APR 8 AM 8:54
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALEB ROBERT GIBSON,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ROSIE RAMIRRA,<br><br>　　　　　Respondent. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-cv-00041-JNP<br><br>District Judge Jill N. Parrish |

　　　　Plaintiff submitted a federal habeas-corpus petition and applied to proceed *in forma pauperis*. However, Plaintiff has not followed the Court's February 5, 2021, order to file within thirty days "a certified copy of Petitioner's inmate trust fund account statements for the six months immediately preceding the submission of the petition and the warden's certificate." (ECF No. 2.) Indeed, the Court's order was returned to sender, marked, "PRISONER RELEASED . . . UNABLE TO FORWARD." (ECF No. 3.) The Court has not heard from Petitioner since he submitted his petition on January 20, 2021.

　　　　Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is administratively CLOSED, the petition never having been filed. IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

　　　　DATED April 7, 2021.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　_____
　　　　　　　　　　　　JUDGE JILL N. PARRISH
　　　　　　　　　　　　United States District Court